**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| 5-STAR GENERAL STORE aka BENTO LLC, MARC ALLEN, INC., FAST FORWARD MEDIA, INC., MEZE LLC, KENNEDY'S IRISH PUB INC., CARDEN, INC., FRENCH FLORIST, LLC, LUXE FURNITURE, INC., LUNA'S HOSPITALITY GROUP, LLC, and THE GENT'S PLACE MEN'S FINE GROOMING LLC, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. INC.,<br><br>Defendants. | Case No: 1:24-cv-00106-MSM-AEM |

**ORDER GRANTING JOINT MOTION TO TRANSFER ACTION PURSUANT TO 28 U.S.C. § 1404 AND TO CANCEL SCHEDULING CONFERENCE**

This matter came before the Court on the Joint Motion to Transfer Action Pursuant to 28 U.S.C. § 1404 and to Cancel Scheduling Conference, and the Court having considered the grounds set forth in the motion, it **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. On the stipulation of the Parties and the Court's review of the record, this action is transferred to the District of Massachusetts, Boston Division, for further proceedings. The action could have been filed in that district, and transfer is warranted for the convenience of the parties and witnesses. Another putative class action, *Pizza Hazel, Inc. v. American Express Co.*, No. 1:24-cv-12505-AK (D. Mass.) ("*Pizza Hazel*"), also alleging Defendants violated federal antitrust laws, is pending in that district. *See Kenerson v. Elemetal Direct USA, Inc.*, No. 1:24-cv-00156, 2024

U.S. Dist. LEXIS 195244, at *15-16 (D.R.I. Oct. 28, 2024).

2. The Clerk of the Court is directed to transmit the case file in this action to the District of Massachusetts, Boston Division.

3. In light of the transfer of this action, the November 5, 2026, Scheduling Conference is cancelled.

**IT IS SO ORDERED.**

Dated: 11/5/2026

Mary S. McElroy,
United States District Judge